SAMUEL FICARA ET AL. *v.* TOWN PLAN COMMISSION
OF THE TOWN OF WETHERSFIELD

It appearing that the plaintiffs in the above entitled case have failed to prosecute their appeal from the Court of Common Pleas in Hartford County with proper diligence, it is ordered that the appeal be and hereby is dismissed.

*Edward H. Kenyon,* for the appellee (defendant).

Argued December 4—decided December 4, 1962

FRANK SHARKIEWICZ *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL. (No. 5279)

The motion for disqualification made by the plaintiff in his appeal from the Superior Court in Hartford County is denied.

*Frank Sharkiewicz,* the appellant (plaintiff) did not appear in court but filed a brief, pro se.

*Harry Silverstone,* assistant attorney general, for the appellee (named defendant).

Argued December 4—decided December 4, 1962

FRANK SHARKIEWICZ *v.* ADMINISTRATOR, UNEMPLOYMENT COMPENSATION ACT, ET AL. (No. 5280)

The motion for disqualification made by the plaintiff in his appeal from the Superior Court in Hartford County is denied.

*Frank Sharkiewicz,* the appellant (plaintiff) did not appear in court but filed a brief, pro se.

*Harry Silverstone,* assistant attorney general, for the appellee (named defendant).

Argued December 4—decided December 4, 1962